FILED
JANUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

4330-8001/RJC/JMS/fmp/#1778321

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**08 C 256**

| | | |
|---|---|---|
| CHRISTOPHER TIMMONS, an Individual, | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No.: |
| HILTON HOTELS CORPORATION a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**JUDGE GUZMAN**
**MAGISTRATE JUDGE MASON**

### DEFENDANT'S NOTICE OF REMOVAL

NOW COMES the Defendant, HILTON HOTELS CORPORATION, a Delaware Corporation, by and through its attorneys, JOHNSON & BELL, LTD., pursuant to Title 28 United States Code, Sections 1332(a), 1441(a), and 1446(b), hereby files its Notice of Removal for this civil action to this Court from the Circuit Court of Cook County, Law Division, Illinois for the following reasons:

1.  Plaintiff, CHRISTOPHER TIMMONS, commenced this action in the Circuit Court of Cook County, Law Division, by filing his Complaint at Law on December 5, 2007 under Court Number 07 L 013556. *(A copy of plaintiff's Complaint at Law, is attached hereto and incorporated herein as Exhibit "A.")*

2.  Plaintiff, CHRISTOPHER TIMMONS, filed a Jury Demand with this Complaint at Law in the Circuit Court of Cook County, Law Division.

3.  Defendant, HILTON HOTELS CORPORATION, a Delaware, was served with Summons and copy of the Complaint at Law through Corporate Service Company

on December 19, 2007. *(A copy of the Summons and purported Proof of Service is attached hereto and incorporated herein as Exhibit "B.")*

4.  The instant Notice of Removal is filed within thirty (30) days after service of Summons and receipt by the defendant, HILTON HOTELS CORPORATION, of a copy of the initial pleading setting forth the purported claim for relief upon which the action is based and is, thus, timely filed pursuant to Title 28, United States Code, Section 1446(b).

5.  Plaintiff, CHRISTOPHER TIMMONS, is a citizen of the City of Geneva, County of Seminole, State of Florida.

6.  Defendant, HILTON HOTELS CORPORATION, is a Delaware Corporation with its principal place of business at 9336 Civic Center Drive, Beverly Hills, California 90210 pursuant to pursuant to Title 28, United States Code, Section 1332(c)(1).

7.  Complete diversity of citizenship exists as plaintiff is a citizen of Florida and the defendant a citizen of Delaware and California pursuant to Title 28, United States Code, Section 1332 et. seq.

8.  The plaintiff's Complaint at Law herein alleges monetary damages in excess of the jurisdictional requirement for the Law Division of the Circuit Court of Cook County ($50,000.00). Based on information and belief, the plaintiff's claimed injuries consist of injuries to his left hand including ulnar osteoplasty requiring surgical repair. Plaintiff asserts that his medical bills exceed $33,000.00. *(Exhibit "A," Count I, paragraph 12 and Count II, paragraph 17).* As such, defendant believes in good faith that there is reasonable probability the amount in controversy exceeds $75,000.00,

exclusive of interest and costs. Title 28, United States Code, Section 1332(a); <u>Shaw v. Dowd Brands</u>, 994 F.2nd 364, 366 n.2 (7th Cir. 1993) and <u>Rubel v. Pfizer, Inc.</u>, 361 F.3rd 1016 (7th Cir. 2004).

9. This Court has original jurisdiction over this civil action based upon diversity of citizenship pursuant to Title 28, United States Code, Section 1332 <u>et</u> <u>seq</u>. Complete diversity of citizenship exists as plaintiff and defendant are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interests and costs. Title 28, United States Code, Section 1332 <u>et</u> <u>seq</u>.

10. Notice of Removal has been contemporaneously filed in both this Court and in the State Court. *(A copy of the Notice of Removal filed in State Court is attached hereto and incorporated herein as Exhibit "C")*.

WHEREFORE, Defendant, HILTON HOTELS CORPORATION, a Delaware Corporation, files its Notice of Removal and Petitions this Court for removal of this civil action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division for all further proceedings in this matter. Dated this 10th day of January, 2008.

Respectfully submitted,

_/s/ *Robert J. Comfort*_
One of the Attorneys for Defendant
HILTON HOTELS CORPORATION, a
Delaware Corporation

JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770

## **CERTIFICATE OF SERVICE**

      The undersigned, a non-attorney on oath, states that a true and complete copy of the foregoing **Notice of Removal** was filed and served electronically to the above listed addresses on January 11, 2008.

*Attorneys for Plaintiff*

Edward J. Manzke
Daniel C. Fabbri
The Collins Law Firm, P.C.
1770 North Park Street, Suite 200
Naperville, IL 60563
ejmanzke@collinslaw.com
dfabbri@collinslaw.com


                                                                                              /s/ *Robert J. Comfort*

[X]    Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set forth herein are true and correct.