## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CHRISTOPHER TIMMONS, an individual, ) | |
| ) | |
| Plaintiff, ) | 2007L013556 |
| ) | CALENDAR/ROOM |
| v. ) | Case No. TIME 00:00 |
| ) | Premises Liability |
| HILTON HOTELS CORPORATION, a Delaware ) | |
| Corporation, ) | Plaintiff Demands Trial |
| ) | by Jury |
| Defendant. ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, CHRISTOPHER TIMMONS, by and through his attorneys, The Collins Law Firm, P.C., and complaining of defendant, HILTON HOTELS CORPORATION, a Delaware Corporation, states as follows:

### PARTIES

1. Plaintiff Christopher Timmons ("Christopher") is currently a citizen of Florida, residing at 794 Snow Hill Rd., Geneva, Florida. On or about December 11, 2005 Christopher was a guest staying at the Chicago Hilton and Towers Hotel, a.k.a Hilton Chicago ("the Hotel"), in Chicago, Cook County, Illinois.

2. At all times relevant, Defendant Hilton Hotel Corporation was the owner and/or operator of the Hilton Hotel and Towers, a.k.a. Hilton Chicago, located at 720 S. Michigan Ave., in Chicago, Cook County, Illinois.

3. Hilton Hotels Corporation is a Delaware Corporation, doing business in various places in Illinois, including at 720 S. Michigan Ave., Chicago, Illinois.

EXHIBIT "A"

## JURISDICTION

4.  This Court has jurisdiction over this matter pursuant to 735 ILCS 5/2-101. Furthermore, the events which gave rise to this cause of action took place in Cook County, at a property owned and/or operated by Defendant.

## GENERAL ALLEGATIONS

5.  On or about December 11, 2005 while in his guest room at the Hotel, Christopher slipped and fell in the bathroom of his guestroom resulting in serious personal injuries.

6.  Since December 11, 2005, Christopher has undergone several surgeries and other medical treatment for the injuries he sustained at the Hotel in the incident in question.

7.  As a result of the injuries sustained in the incident in question, Christopher has had to endure severe pain and suffering, lost time from work, and has and will continue to have disability in his arm.

## COUNT I
## PREMESIS LIABILITY-NEGLIGENCE

8.  Plaintiff repeats, realleges and incorporates paragraphs 1 through 7 as if fully set forth herein.

9.  At all relevant times, Defendant Hilton Hotels Corporation owed a duty of care to Christopher to maintain the Hotel, including guest rooms and guest room bathrooms, in a safe manner.

10. At the time and place aforesaid, Defendant breached its duty owed to Christopher by committing one or more of the following careless and negligent acts or omissions:

   a.  Failed to maintain the guest bathroom in question in a safe manner;

   b.  Failed to provide a bathtub in the guest room in question with adequate traction on its surface;

14. At all relevant times, Defendant Hilton Hotels Corporation owed a duty of care to Christopher to maintain the Hotel, including guest rooms and guest room bathrooms, in a safe manner.

15. At the time and place aforesaid, Defendant breached its duty owed to Christopher by committing one or more of the following careless and negligent acts or omissions:

    a. Failed to maintain the guest bathroom in question in a safe manner;

    b. Failed to provide a bathtub in the guest room in question with adequate traction on its surface;

    c. Failed to provide a means to enhance traction in the bathtub and other slippery surfaces in the bathroom in the guest room in question so as to be unsafe;

    d. Failed to provide adequate handrails and other safety devices in the bathroom in the guest room in question so as to be unsafe;

    e. Was negligent and careless in maintaining the bathroom and bathtub in the guest room in question;

    f. Failed to take adequate steps to protect Christopher's safety; and

    g. Was otherwise careless and negligent.

16. As a direct and proximate result of one or more of the aforesaid careless and negligent acts or omissions, Christopher suffered severe and permanent injuries and experienced substantial pain and suffering.

17. By reason of his injuries, Christopher was prevented from attending to his usual duties and affairs and became compelled to expend, and became liable for, large sums of money for hospital, surgical, and medical care, which to date exceed $33,000.00.

WHEREFORE, Plaintiff, Christopher Timmons, prays that this Honorable Court enter judgment in his favor, and against the Defendant, Hilton Hotels Corporation in an amount in excess of $50,000, plus costs, and for such other and further relief as this Court deems fair and just.

Dated: December 5, 2007

                                            Respectfully submitted,
                                            Christopher Timmons

                                            By: _____
                                                   One of his attorneys

Edward J. Manzke
Daniel C. Fabbri
The Collins Law Firm, P.C.
1770 North Park Street, Suite 200
Naperville, IL 60563
(630) 527-1595
Attorney No. 32920