**JUDGE GUZMAN**
**MAGISTRATE JUDGE MASON**

**08 C 256**

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __LAW__ DIVISION

(Name all parties)

CHRISTOPHER TIMMONS, an individual,

v.

HILTON HOTELS CORPORATION, a Delaware Corporation

2007L013556
CALENDAR/ROOM D
TIME 00:00
Premises Liability

No. _____

Plaintiff Demands Trial by Jury

**SUMMONS**

To each Defendant: Hilton Hotels Corporation
c/o United States Corporation Co.
33 North LaSalle Street, Chicago, Illinois 60602

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32920
Name: Daniel C. Fabbri
Atty. for: Plaintiff
Address: 1770 N. Park Street, Suite 200
City/State/Zip: Naperville, Illinois 60563
Telephone: 630/527-1595 x224
Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**EXHIBIT "B"**

   

---

**From:** sop@cscinfo.com [mailto:sop@cscinfo.com]
**Sent:** Wednesday, December 19, 2007 3:41 PM
**To:** Shelley Stewart
**Subject:** Notice of Service of Process

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click* here *to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click* Sign Me Up.

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 5500229
Date: 12/19/2007

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

---

| | |
|---|---|
| **Entity:** | Hilton Hotels Corporation |
| **Entity I.D. Number:** | 0000318 |
| **Entity Served:** | Hilton Hotels Corporation |
| **Title of Action:** | Christopher Timmons vs. Hilton Hotels Corporation |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | Cook Circuit Court, Illinois |
| **Case Number:** | 2007L013556 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 12/19/2007 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Plaintiff's Attorney:**
Edward J. Manzke
630-527-1595

1/8/2008

**Primary Contact:**
Shelley Stewart
Hilton Hotels Corporation

**Copy of transmittal only provided to:**
Alice White

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.incspot.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

*******************************************************************
This communication, including attachments, is
for the exclusive use of addressee and may contain proprietary,
confidential and/or privileged information. If you are not the intended
recipient, any use, copying, disclosure, dissemination or distribution is
strictly prohibited. If you are not the intended recipient, please notify
the sender immediately by return e-mail, delete this communication and
destroy all copies.
*******************************************************************

1/8/2008