RJC/JMS/fmp/#1778314

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TIMMONS, an Individual, | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No.: 07 L 013556 |
| HILTON HOTELS CORPORATION a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

NOW COMES the Defendant, HILTON HOTELS CORPORATION, a Delaware Corporation, by and through its attorneys, JOHNSON & BELL, LTD., and hereby submits Notice to the plaintiff, CHRISTOPHER TIMMONS, his attorneys, Edward J. Manzke and Daniel C. Fabbri, The Collins Law Firm, P.C., 1770 North Park Street, Suite 200, Naperville, IL 60563 and the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, pursuant to 28 U.S.C. Section 1446(d), that on January 11, 2008, this Defendant filed a Notice of Removal of this cause in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and marked as Exhibit "A."

Respectfully submitted,

JOHNSON & BELL, LTD.

_____
Robert J. Comfort, One of the Attorneys for
Defendant: HILTON HOTELS CORPORATION
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770

EXHIBIT "C"