RJC/JMS/fmp/#1778606

FILED
JANUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

08 C 256

| | | |
|---|---|---|
| CHRISTOPHER TIMMONS, an Individual, | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No.: |
| HILTON HOTELS CORPORATION a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

JUDGE GUZMAN
MAGISTRATE JUDGE MASON

## DEFENDANT HILTON HOTELS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, notice is hereby given by counsel for defendant, HILTON HOTELS CORPORATION, of disclosure of the following corporate affiliates:

1.  The parent corporation of HILTON HOTELS CORPORATION is:

    ANSWER:  Hilton Hotels Holding Corporation.

2.  Publicly held corporations that own 10% or more of HILTON HOTELS CORPORATION's stock:

    ANSWER:  None.

                                            Respectfully submitted,


                                             /s/ *Robert J. Comfort*
                                            One of the Attorneys for Defendant
                                            HILTON HOTELS CORPORATION, a
                                            Delaware Corporation

JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney on oath, states that a true and complete copy of the foregoing **Corporate Disclosure Statement** was filed and served electronically to the above listed addresses on January 11, 2008.

*Attorneys for Plaintiff*
Edward J. Manzke
Daniel C. Fabbri
The Collins Law Firm, P.C.
1770 North Park Street, Suite 200
Naperville, IL 60563
ejmanzke@collinslaw.com
dfabbri@collinslaw.com


　　　　　　　　　　　　　　　　/s/ *Robert J. Comfort*

[X]   Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set forth herein are true and correct.