U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 C 256
CHRISTOPHER TIMMONS
v.
HILTON HOTELS CORPORATION, a Delaware Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, Christopher Timmons

| | |
|---|---|
| NAME (Type or print) <br> Edward J. Manzke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward J. Manzke | |
| FIRM <br> The Collins Law Firm, P.C. | |
| STREET ADDRESS <br> 1770 North Park Street, Suite 200 | |
| CITY/STATE/ZIP <br> Naperville, Illinois 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6209413 | TELEPHONE NUMBER <br> 630/527-1595 x226 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✓    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |