IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER TIMMONS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:     08 C 256 |
| ) | |
| HILTON HOTELS CORPORATION, a Delaware ) | Judge Ronald Guzman |
| Corporation, ) | Mag. Michael Mason |
| ) | |
| Defendant. ) | Plaintiff Demands Trial |
| ) | by Jury |

## JOINT INITIAL STATUS REPORT

NOW COMES the Plaintiff, CHRISTOPHER TIMMONS, by and through his attorney, Daniel C. Fabbri of The Collins Law Firm, P.C., and Defendant, HILTON HOTELS CORPORATION, by and through its attorney, Robert J. Comfort of Johnson & Bell, Ltd., and for their Joint Initial Status Report, state as follows:

1.    Between January 24, 2008 and January 31, 2008, counsel for both parties in this case exchanged written correspondence and engaged in various telephone discussions, in accordance with this Court's meet and confer requirements related to scheduling of deadlines in this pending matter.

2.    As a result of these discussions, the parties have agreed on the following schedule of events:

Rule 26 (a)(1) disclosures – February 29, 2008

Fact discovery completion – August 1, 2008

Expert discovery completion (including dates for the delivery of expert reports) – October 31, 2008

Filing of dispositive motions – December 1, 2008

Filing of a final pretrial order – January 15, 2009

3. The parties have discussed the possibility of resolving this matter through settlement. While settlement discussions remain ongoing, the parties are still substantially apart at this time. The parties will continue to attempt to resolve this case short of trial; however, it is necessary to proceed with the matter at this time.

Dated: January 31, 2008

Respectfully submitted,

| Christopher Timmons | Hilton Hotels Corporation |
|---|---|
| By: _____ <br> One of his attorneys | By: _____ <br> One of its attorneys |
| Edward J. Manzke <br> Daniel C. Fabbri <br> The Collins Law Firm, P.C. <br> 1770 North Park Street, Suite 200 <br> Naperville, IL 60563 <br> (630) 527-1595 | Robert J. Comfort <br> Johnson & Bell, Ltd. <br> 33 W. Monroe St., Ste. 2700 <br> Chicago, IL 60603 <br> (312) 372-0770 |

2